of the Court of Appeal. See Tapp v. Guaranty Finance Company (1st cir. 1963) 158 So.2d 228.

SUMMERS, J., is of the opinion the writ should be granted.

■

204 So.2d 574

**ALADDIN OIL COMPANY, Inc., et al.**

**v.**

**RAYBURN WELL SERVICE, Inc., et al.**

**No. 48961.**

Dec. 11, 1967.

Writ refused. Since the Court of Appeal found that the loss resulted from re-working operations, which are not described in endorsement No. 4 which contained the exclusions relied upon by the insurer, the result is correct.

HAWTHORNE, J., is of the view. the writ should be granted.

■

204 So.2d 574

**Mrs. Sandra Lynn ALLIEN, individually, and as tutrix of her minor daughter, Robbin Denine Allien**

**v.**

**LOUISIANA POWER & LIGHT COMPANY.**

**No. 48960.**

Dec. 11, 1967.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

204 So.2d 574

**ALADDIN OIL COMPANY, Inc., et al.**

**v.**

**RAYBURN WELL SERVICE, Inc., et al.**

**No. 48962.**

Dec. 11, 1967.

Writ denied. On the facts found by the Court of Appeal there appears no error of law in its judgment.

204 So.2d 575

**Succession of Oswald W. VIOSCA.**

**No. 48968.**

Dec. 11, 1967.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

204 So.2d 575

**STATE of Louisiana**

**v.**

**William P. RYAN.**

**No. 48977.**

Dec. 11, 1967.

Writs refused. The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction.